MATILDA E. STARBUCK et al., as Executors of WILLIAM H. STARBUCK, Deceased, Respondents, *v.* THE PHENIX INSURANCE COMPANY OF BROOKLYN, N. Y., Appellant.

*Starbuck* v. *Phenix Ins. Co.*, 47 App. Div. 621, affirmed.
(Argued February 11, 1901; decided March 1, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 5, 1900, affirming a judgment in favor of plaintiffs entered upon a verdict, and an order denying a motion for a new trial.

*R. D. Benedict* for appellant.

*Artemas H. Holmes* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ. Dissenting: GRAY, J.